UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE   **Kwame M. Kilpatrick (P60494)**          Misc. No. 08-MC-51013
_____/

### ORDER OF INTERIM SUSPENSION

On September 4, 2008, in the Wayne County Circuit Court, Kwame M. Kilpatrick pled guilty to two counts of obstruction of justice by lying under oath in a deposition and civil trial, both felonies; and one count of interfering with a police officer, a high misdemeanor.  Pursuant to MCR 9.120(B)(1), Mr. Kilpatrick was automatically suspended from practicing law in the State of Michigan and, reciprocally, in the United States District and Bankruptcy Courts, on the date of that felony conviction.  As of this date, his conviction has not been set aside or modified.

Reinstatement by the United States District Court is not reciprocal to any reinstatement issued by any Attorney Discipline Board.  Local Rule 83.22(i) governs reinstatement in the United States District Court.

A copy of this Order shall be served upon Kwame M. Kilpatrick by certified mail, return receipt requested.

IT IS SO ORDERED.

s/ Bernard A. Friedman
BERNARD A. FRIEDMAN, CHIEF JUDGE
United States District Court

Dated:   October 22, 2008
            Detroit, Michigan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE   **Kwame M. Kilpatrick (P60494)**          Misc. No. 08-MC-51013
_____/

## CERTIFICATE OF MAILING

| UNITED STATES OF AMERICA | ) |
|---|---|
|  | ) SS |
| EASTERN DISTRICT OF MICHIGAN | ) |

A copy of the Order of Interim Suspension in the above-entitled cause was served upon:

**Kwame M. Kilpatrick**
City of Detroit
2 Woodward Avenue
Room 1126
Detroit, MI   48226

on this date by placing it in an envelope, certified mail, return receipt requested, and depositing it in a United States Postal Service receptacle in Detroit, Michigan.

                    s/ Patricia Foster Hommel
PATRICIA FOSTER HOMMEL, Judicial Assistant
to Bernard A. Friedman, Chief Judge

Dated:   October 22, 2008
         Detroit, Michigan